IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QT INC., an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05 C 6387 |
| | ) | |
| MAYO CLINIC JACKSONVILLE, | ) | |
| MAYO CLINIC ROCHESTER, MAYO | ) | |
| CLINIC COLLEGE OF MEDICINE, | ) | |
| and ROBERT L. BRATTON, M.D. | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Defendants have moved for partial summary judgment on plaintiff's negligence and negligent misrepresentation claims. Plaintiff now moves to postpone consideration of the pending partial summary judgment motion pursuant to Fed.R.Civ.P. 56(f). It wants discovery.

But discovery of what? Plaintiff indicates that it hopes something will turn up, but it does not specify what that "something" might be . We believe the proper course is to have plaintiff respond to defendants' motion by January 19, 2007, and as part of that response specify what facts, if any, need to be determined – and have not been determined– before any ruling on the legal positions defendants have advanced. Defendants' reply to be filed by February 2, 2007.

JAMES B. MORAN
Senior Judge, U. S. District Court

Dec. 22, 2006.